To: Boston Massachusetts
United States District Court
Donahue Federal Building
595 Main Street - Room - 502
Worchester MA. 01608

&lt;Office Of The Clerk&gt;

&lt;Reff:&gt; Civil Complaint Motion

From: Keshia Sophia Cleuras
(also known as) James P. Cleuras SR
Jail # 2504132
Southbay County Jail,
20 Bradston Street,
Boston MA. 02118.

(Office of The Court Clerk)
Dear Sir/Madam,
With all Due Respect, in 2022-2023, My Very First incarceration at Southbay County Jail in Boston Massachusetts, 20 Bradston Street, I (above name &lt;Transgender&gt; Male to Female inmate) was placed into a cell Named (8-one unit cell #6 Bottom-Middle-Bunk) These 14 cells in which had no running water or toilets. During my stay within my first month in Southbay County Jail, I had one afternoon I seen a 2nd shift officer who just got on duty and I started feeling like I may be in Danger because I recognized this officer which still Knowbody will give me

his Proper and Correct Name in Fear of what I'm Doing with Filing this motion to Move the Federal District Massachusetts Court hear my Motion of NY 1983 Civil Complaint claims OF The State of Massachusetts OF care of Department of Corrections. Well when I looked up at my cell Door window I reconized the Face of a Man who just recently Drove Bye me while I stood in front of the city BUS Route on Albany Avenue heading to Nubian Station Bus # One (1) Well Sir/Madam your honor, This Mans Face was 100% the man who Drove in A New like white Mustang Car. he was Wearing a Department of Corrections uniform white man Very short Medium Brown hair About 28- to 34- years old. This man Drove Bye Me while I was Smoking Me A Cigerate while I was waiting for my Bus He slowed Down rolled-Down his Driver-side car window And said Very nasty with a Great-Deal of Pure almost like a hitler "Hate" Towards me He yelled out to me, Die you Faait Die. I was so shocked Because We never hear or See This type of hate on Albany Ave Near The Main Homeless Area OF Massachuetts Ave, connects to Albany

3

Ave/Street. Well your Honor 3 Day's later the same thing happens to me again. But this time he stopped and told me Be careful walkin at night he and his Correctional officers would run-me over after they got off of there work. This totally frightens me. I like to add this man called me a Disgrace chase to the "White Race". He Brought forth his View of my Gender & assumed I was a Gay White male pretending to Be a Women. I like to add your Honor I am a 5 year in transition Transgender Male to female human Bi-Sexual American who was raised to a Greek War WWII World War Hero "Harry The Greek" who had 4 silver-Stars and 4 Bronze Stars and the Medal of Honor with the purple heart. I'm a citizen of West Springfield Massachusetts and I'm Baptized Chatholic at the Church of Sophia and Born in Holyoke Massachusetts November 28th 1970. I'm A 55 1/2 year old Greek and Italian American proud citizen who's Father was indeed a Great War War II "Hero" in History Books who was personal Friends of "Tip Oniel" as a young child. I went fishing with Mr. Oniel And

my Dad who I'm Sadly to say Died of a Brain Tumor in August 3rd 1986 in Springfield MASS, He Did not care I was Gender different. My Great Military Fathers Hero told me 3 things And he would Be ok with me Being Gay & Wanting a Sex-Change. He told me Don't ever Disrespect our "Alevras" Last-Name, Don't ever Disrespect my Body, And Be the Best of whom I Chose to Be as I Grew up And Be myself. So I Did, the Same Man who Fought for United States who was Personal Friends of 4 star generals in War War II Plus a Personal Friend of The President Durin The late 1940s & early 1950s I was And I'm so Very proud my Father fought in Korea and Normandy Beach in Germany, I'm a child of such Honorable Man to our United States Military And I'm a Transgender Male to a Beautiful 55 year old Women, And I need Help in the Federal Court to see how These Massachusetts state Corrections officials illegaly attacked me, so Bad I went from my cell room in Southbay County Jail eight-one-unit-cell # 6 Bottom Bunk, to the Emergency Room At The Boston Medical Center, on Harrison Ave

5

in Boston, Your Honor my injuries were indeed so bad pictures were taken and the Hospital refused to allow me to return to the Jail, And they called the Hospitals Lawyers and got the state police to watch over my personal safety untill all my treatment was complete in fear of more assault being done to me by any other state correctional officer's who also came with me from the Jail. x 2 Officer's drove with me to the Boston Medical Center. I'm not sure on exact date's but I think it was Jan through March 2023 in S-1-unit cell 6 in Southbay County Jail. I only knocked on the cell Door Because the Button we inmates were informed to push on our cell wall to alert the Front Desk 500 to 1,000 feet from my cell Did not work nor "Beep" the Alarm at the officers Desk. So when officer's are mad and upset they have a routine not to allow inmates they choose not to open there cell Door's so the inmate may go to the restroom for Bowel Movements and to urinate. Remember your honor I'm a transgender placed in a all male unit, with the Jew officer of-

My Unit who was The Man who violated federal laws through pure Hate-crime activities on Albany Ave Before I came into this jail. This same officer is now my Unit officer of my cell-Block. Soon As This Man Seen Me on my Bunk ~~xx~~ He called Me to the cell Door And said that if I knock again on his cell Door, I would have Problems you hear me "Faggit Boy." So I got real scared and almost started to cry Because I felt Something Bad was going to happen to me, I lost my Bowels again and urinated in my pants And 3 minutes later 10 officers a "Cert-Team" yelled to Me to cuff-up, to Back up to the cell Door, It took me a few moments Because I lost my Bowels in my pants & urinated Because I waited 3½ hours in a cell without a running Restroom/toilet. But I indeed tried to cuff-up And when I put my hands out the cell-Door Flap They hurt Me By Bending my wrist to almost Breaking From all this got so out of control they came into my cell And Beat Me So Bad The entire cell Floor was covered in my Blood. As The officer lay on top of my Back he whisppered

In my ear, how you like this Pretty-Boy. He Rubbed his Private-Parts into my Buttocks my "ASS". I cried out, all I wanted to do was use the Restroom, and all this was Video-Taped. D.O.C has the Footage. I'm still in Danger Now on 07-04-2025, I'm now Being Discriminated Against by Not Allowing me my Female Needs and still Being Harrassed. I have many Grievances. Your Honor I Kindly seek your Quality and Professional Side to Review and Consider my Claim to Move Forward And I Seek Policy Change for Gender Hate and Gay Rights in The Dept, of Corrections in Massachuetts and a Request for Money Damages in The amount of $2.Million Dollars. (Two-Million Dollars) Strickly for the assault and Hate crime activities. The other Prison Conditions I'm requesting on the other letter attached. Please Review other Attached Claim.

Very Truly yours

Sincerly

x Keshia Sophia Clevlas

MB Keshia Sophia Clevlas
#250432